AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 2/16/2007 |
| NAME OF SERVER (PRINT)    Thomas K. Ragland | TITLE | Senior Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Via first class U.S. mail, postage pre-paid, return receipt requested**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/16/07    _[signature]_
             Date       Signature of Server

MAGGIO & KATTAR
11 Dupont Circle NW Suite 775
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 6165 8370**
Status: **Delivered**

Your item was delivered at 4:17 AM on February 21, 2007 in WASHINGTON, DC 20535.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS — site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Robert S. Mueller
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 0100 0002 6165 8370

PS Form 3800, June 2002    See Reverse for Instructions

