UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXEI ORLOV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-0350 (JDB) |
| **PHYLLIS A. HOWARD, et al.** | ) |
| U.S. Citizenship and Immigration Services | ) |
| | ) |
| **Defendants.** | ) |

**ENTRY OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334