UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXEI ORLOV,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-0350 (JDB) |
| **PHYLLIS A. HOWARD, et al.** | ) |
| U.S. Citizenship and Immigration Services | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendants, Phyllis A. Howard, District Director, Washington Field Office, U.S. Citizenship and Immigration Services, et al., by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, May 25, 2007. The answer is due on Monday, April 23, 2007. This is the first request by Defendant for an extension. Counsel for Plaintiff has been contacted in accordance with Local Rule 7(m) but does not consent to the filing of this motion.

Plaintiff has brought this action challenging alleged delays in processing the Plaintiffs' Adjustment of Status (AOS) Application for permanent residency pending before the United States Citizenship and Immigration Services (USCIS) and requesting mandamus, as well as declaratory relief.

Additional time is required to investigate the allegations contained in the complaint and to determine the current status of the application.

This motion is not for purposes of delay but for good cause shown.

        Respectfully submitted,

        /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334