UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ALEXEI ORLOV,                               )
                                            )
        Plaintiff                           )   Civ. No.  1:07-cv-350 (JDB)
                                            )
v.                                          )
                                            )
PHYLLIS HOWARD, District Director,          )
U.S. Citizenship and Immigration Services, et al., )
                                            )
        Defendants                          )
_____)

**OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

The Plaintiff, ALEXEI ORLOV, respectfully opposes the Defendants' Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint in the above-captioned case.  The Plaintiff filed a verified complaint for mandamus and declaratory judgment with this Court on February 15, 2007.  The U.S. Government Defendants were properly served and an answer is due on or before April 23, 2007.  *See* Fed. R. Civ. P. 12(a)(3)(A).  The Defendants have not presented good cause for an extension of time to answer the Plaintiff's complaint.  Accordingly, the Defendants' motion for extension should be denied.

The Plaintiff's underlying complaint is an action for mandamus and declaratory relief pursuant to 28 U.S.C. §§1331 and 1361, 5 U.S.C. §§555(b) and 702, and the Immigration and Nationality Act ("INA") and its related regulations.  As set forth in his complaint, the Plaintiff seeks to compel the Defendants, in particular U.S. Citizenship and Immigration Services ("CIS"), to adjudicate his long-delayed application for adjustment of status to lawful permanent

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
tragland@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

resident. The Defendants have unreasonably withheld action on that application for more than three years, to the serious and ongoing detriment of the Plaintiff.

On April 23, 2007, Assistant U.S. Attorney Heather Graham-Oliver, counsel for the Defendants, contacted the undersigned counsel regarding the Plaintiff's complaint. Ms. Graham-Oliver asserted that she has attempted to contact the appropriate individual at CIS regarding the Plaintiff's pending adjustment of status application, but she has not yet heard anything from the agency. In response, the undersigned counsel inquired whether, to Ms. Graham-Oliver's knowledge, CIS had submitted a request to expedite the background checks that appear responsible for the unreasonably lengthy delay in this case. Ms. Graham-Oliver replied that she has not received any information from the agency concerning this case. She asserted that because she has been unable to speak with anyone at CIS regarding the Plaintiff's application, she intended to seek additional time to prepare and submit an answer to the Plaintiff's complaint. The undersigned counsel advised Ms. Graham-Oliver that although he is sympathetic to her predicament, the Plaintiff is opposed to any extension of time in this case.

On April 23, 2007, counsel for the Defendants filed a Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint. The Government has failed to present good cause for an extension of time. *See* Fed. R. Civ. P. 6(b); *see Jackson v. Finnegan, Farabow, Garrett & Dunner*, 101 F.3d 145 (D.D.C. 1996). Contrary to the Government's motion, the unexplained failure of CIS to communicate with its own legal representative from the U.S. Attorney's Office does not amount to "good cause shown" for an extension of time. Such agency unresponsiveness is characteristic of the treatment that the Plaintiff has endured since applying for adjustment of status in March 2003. In fact, the sole basis for the Plaintiff's underlying complaint is the unreasonable delay by CIS and its fellow U.S. Government

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
tragland@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

Defendants in adjudicating his meritorious adjustment of status application. Further delay will only perpetuate the harm already suffered by the Plaintiff, who clearly has been prejudiced by the Government's inaction. The Defendants have already been afforded 60 days within which to respond to the Plaintiff's complaint; a further extension of time is not justified.

WHEREFORE, the Plaintiff respectfully opposes the Defendants' motion for extension of time to move, answer or otherwise respond to the Plaintiff's complaint. A proposed order denying the relief sought is attached hereto.

Respectfully submitted this 23rd day of April 2007,

ALEXEI ORLOV
*By counsel,*

_____
Thomas K. Ragland
DC Bar Number: 501021

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone: (202) 483-0053 / Fax: (202) 483-6801
tragland@maggio-kattar.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALEXEI ORLOV,                       )
                                    )
        Plaintiff                   )   Civ. No. 1:07-cv-350 (JDB)
                                    )
v.                                  )
                                    )
PHYLLIS HOWARD, District Director,  )
U.S. Citizenship and Immigration Services, et al., )
                                    )
        Defendants                  )
_____)

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, and the Plaintiff's response thereto, it is this _____ day of _____, 2007

HEREBY ORDERED that the motion is DENIED.

Date_____          _____
                                JOHN D. BATES
                                United States District Judge