UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXEI ORLOV, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-0350 (JDB) |
| PHYLLIS A. HOWARD, et al. | ) |
| U.S. Citizenship and Immigration Services | ) |
| | ) |
|       Defendants. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF"S OPPOSITION**

Federal Defendants, Phyllis A. Howard, District Director, Washington Field Office, U.S. Citizenship and Immigration Services, et al., by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Reply, until Wednesday, July 18, 2007. The Court ordered the reply due on Friday, June 22, 2007. This is the first request by Defendant for an extension on the Reply. Counsel for Plaintiff has been contacted in accordance with Local Rule 7(m) but essentially does not consent to the filing of this motion.[1]

Plaintiff has brought this action challenging the processing of the Plaintiffs' pending Adjustment of Status (AOS) Application for permanent residency and requesting mandamus, as well as declaratory relief against the United States Citizenship and Immigration Services (USCIS). The Defendant filed a Motion to Dismiss on May 14, 2007. Plaintiff requested a twenty-one (21) day extension of time to file his response on May 21, 2007. On that same day,

---

[1] Plaintiff's counsel will only consent to a 14 day extension but this motion is requesting 22 days because of the undersigned's schedule.

the Court granted the plaintiff's request until June 15, 2007.[2]

Counsel is requesting this additional time for the following reasons: counsel has numerous responsibilities on other matters including the filing of motions for summary judgment due on the following dates: June 28, 2007, in Kalil v. Ann Veneman, Civ. Act. No. 01-2194 (RJL); and July 6, 2007, in Daniels v. Bruce James, Public Printer, Civ. Act. No. 05-2455 (GK); counsel is researching and writing an opposition in Bailey v. Henderson, 98-2224 (HHK) due on June 29, 2007; in addition, counsel will be out of the office on July 2nd through 4th and during the week of July 9, 2007; and has initial disclosures due in Keller v. Dept of State, et al., Civ. Act. No. 06-0816 (RMC) on July 16, 2007.  As a result, counsel is requesting the additional time to file its Reply until July 18, 2007.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

[2] In the Court's order the Reply was due on June 22, 2007; however, according to the Rules of Civil Procedure the Defendant would ordinarily have had until today's date, June 25, 2007 to complete the Reply.  The June 25, 2007 date that was entered on the Defendant's calendar.  A review of the entire PACER Docket was not made until today's date.  Defendant would not have been able to file its Reply on the 22nd as undersigned counsel filed an Opposition to Motion to Strike on June 22, 2007 in Simpson v. Leavitt, Civ. Act. No. 03-1123 (PLF).

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant