UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXEI ORLOV,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|    v. | ) |
| | ) Civil Action No. 07-0350 (JDB) |
| **PHYLLIS A. HOWARD, et al.** | ) |
| **U.S. Citizenship and Immigration Services** | ) |
| | ) |
|       **Defendants.** | ) |

## NOTICE OF FILING

    Now comes Defendant and hereby files Mr. Orlov's handwritten request for a change of interview location. This document was illegible when originally filed as an attachment to the Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division

Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334



To WHOM IT MAY CONCERN:

I REQUEST THAT MY INTERVIEW FOR ~~PERMANENT RESIDENTSHID~~ PERMANENT RESIDENTSHID BE HELD AT THE ARLINGTON OFFICE. I DO NOT MIND TRAVELLING FOUR HOURS FROM CHRISTIANSBURG, VA.

THANK YOU.

SINCERLELY,

*Alex G. Orl*

ALEXEI G. ORLOV

ALIEN # A72201860

0004 16 JUN 30 04

RECEIVED NRC

JUL - 8 2004