# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEXEI ORLOV,<br><br>     Plaintiff,<br><br>       v.<br><br>PHYLLIS A. HOWARD, District Director,<br>U.S. Citizenship and Immigration Services,<br>et al.,<br><br>     Defendants. | Civil Action No.  07-350  (JDB) |

## ORDER

Upon consideration of [17] defendants' motion to dismiss, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [17] defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the case is dismissed against all defendants.

**SO ORDERED**.


                                                 /s/ John D. Bates
                                                    JOHN D. BATES
                                      United States District Judge


Dated: December 10, 2007