# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Alexei Orlov
_____
                    Plaintiff


                vs.                                    Civil Action No. 07-350 (JDB)


Phyllis Howard, et al.
_____
                    Defendant


# NOTICE OF APPEAL

Notice is hereby given this **6** day of **February**, 20**08**, that

_____ Alexei Orlov _____

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement

of this Court entered on the **10th** day of **December**, 20 **07**, in favor of _____

**Defendants** _____ against said ___

**Plaintiff** _____.


_____
          Attorney or Pro Se Litigant
Thomas K. Ragland


(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)


**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

FEB - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT