# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5028**  **September Term 2007**

07cv00350

Filed On: March 21, 2008 [1107061]

Alexei G. Orlov,

    Appellant

v.

Phyllis Howard, District Director, et al.,

    Appellees

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                    BY:   /s/
                        Nancy G. Dunn
                        Deputy Clerk

By: /s/ Deputy Clerk